# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2576 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 19 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 33388 |
| | : | |
| LAWRENCE BREAN, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 28th day of February, 2019, upon consideration of the Verified Statement of Resignation, Lawrence Brean is disbarred on consent from the Bar of this Commonwealth, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).